# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:20-cv-00245-MR

| | |
|---|---|
| SALIMABDU GOULD, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>TODD E. ISHEE, )<br>)<br>Respondent. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte*.

Salimabdu Gould, a prisoner of the State of North Carolina, has filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court. [Doc. 1]. Gould challenges his criminal judgment imposed in the Bertie County Superior Court, on October 11, 2017. [See Doc. 1 at 1].

Bertie County is within the territorial jurisdiction of the United States District Court for the Eastern District of North Carolina. See 28 U.S.C. § 113(a). Thus, pursuant to the provisions of 28 U.S.C. § 2241(d), and in accordance with a joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina (Joint Order, In re: Applications for Writs of Habeas Corpus (Oct. 26, 1966)), the Court shall

transfer this action to the United States District Court for the Eastern District of North Carolina, where venue is proper.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall **TRANSFER** this habeas action to the United States District Court for the Eastern District of North Carolina for all further proceedings. The Clerk is further directed to provide a copy of this Order to Gould and, thereafter, to close this case.

**IT SO ORDERED.**

Signed: September 21, 2020

Martin Reidinger
Chief United States District Judge